# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Douglas Bauman,<br><br>    Plaintiff<br><br>v.<br><br>Nevada Department of Corrections, et al.,<br><br>    Defendants | Case No.: 2:18-cv-00109-JAD-VCF<br><br>**Order directing plaintiff to update his mailing address and denying in forma pauperis application as moot** |

    Plaintiff Douglas Bauman brings this civil-rights action under 42 U.S.C. § 1983 based on events that he claims occurred during his incarceration at Nevada's Southern Desert Correctional Center (SDCC). Bauman lists SDCC as his mailing address, but according to the Nevada Department of Corrections inmate database, Bauman is no longer incarcerated. Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address . . . ." I therefore order Bauman to provide the court his updated mailing address by February 15, 2019. Failure to submit the updated address by this date will result in dismissal of this case without prejudice.[1]

    I also deny Bauman's pending application to proceed in forma pauperis[2] as moot because he submitted the forms designated for presently incarcerated plaintiffs, and he is no longer incarcerated. If Bauman timely updates his mailing address, I will issue a separate order directing the Clerk of Court to mail him the correct forms and ordering Bauman to return the completed forms by a specified date. Alternatively, Bauman can pay the full $400 filing fee. Accordingly,

---

[1] L.R. IA 3-1.
[2] ECF No. 1.

IT IS HEREBY ORDERED that Bauman must **file a written notice** with the court **providing his updated mailing address by February 15, 2019.** Failure to submit the updated address by this date will result in dismissal of this case without prejudice.

IT IS FURTHER ORDERED that Bauman's application to proceed in forma pauperis **[ECF No. 1] is DENIED as MOOT.** If Bauman timely updates his mailing address, I will issue a separate order directing the Clerk of Court to mail him the correct forms and ordering Bauman to return the completed forms by a specified date.

Dated: January 15, 2019

_____
U.S. District Judge Jennifer A. Dorsey